UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNAMARIE ALT,

               Plaintiff,               Case No. 1:11-cv-29

v.                                       Hon. Robert J. Jonker

COMMISSIONER OF
SOCIAL SECURITY,

               Defendant.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 18, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 18 2011, is approved and adopted as the opinion of the court.

                                                   /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE

Dated:  December 29, 2011